CH

## Response to The United States District Court

Robert L. Buggs Sr,
    Plaintiff,
vs.

1. Congress
2. US Dept of Justice
3. Judge Plunkett
4. Jundge Darrah
5. MCSI
6. Chicago Liquor Commission
7. United States Attorney General
8. United States Attorney
9. Illinois Department of Public Aid
10. Dept of Children and Family Services
11. The Chicago Police Department
12. The Social Security Administration
13. The Cook County Guardians Office
14. The Cook County States Attorney Office
15. U.S. Internal Revenue Service
16. The United States Government
17. C-Truck
18. The State of Illinois
19. The Illinois State Liquor Commission
20. Mayor Richard M. Daley
21. The City of Chicago Illinois
22. Cook County Illinois
23. Clerk of the Circuit Court of Cook County Illinois
24. Secretary of State of Illinois
25. City of Bellwood
    Defendants, ETAL Amended Complaint

Case No. 06CV1258
    06 CV 1258
District Judge: John W. Darrah
Magistrate Judge Brown

FILED

DEC 18 2007
Dec 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dated this ___ day of _____, 2007

### Response Etal
### (Judicial Quagmire Full Circle)
### Federal Questions

To all parties involved in this part of my case, I Robert L. Buggs Sr., am writing my last respond dealing with this part of a four part case. Everything that I have written in this case is the absolute truth. I told all of you from the start, that this case was designed, it did not appear out of thin air, you were warned that this section of the case was designed to trap and hold all of you in the position that you have occupied from the start, since we know you were not able to do the legal research required to show this case for what it is, because you have and are being censored. I am my friends have not and

will not be. They tried to but failed to censor any of us, because they started too late to censor my generation. My generation knows all about this constitutional right. We even know the history of the Judicial Quagmire, so why don't you? We know the answer. So here we are at a pivotal point in the case you all were asked not to trigger the second part of this case, which happens to be part one which is the start of the case, but if you remember, I said I wrote the case backwards so that I can make this case do anything that I want, based upon what you all do. Now I have to say this again, this is my case! There is nothing that I do not know about this situation including what Congress and the US Justice Department have done to make sure this case would never come to court, but again they failed. This case was meant to happen, it is unstoppable as am I. Furthermore, I would like to let you know, that no US District Judge has the power to dismiss this case, and if he tries I am going to remind him of Constitutional Law, as is correctly written. Now the Judge is in a bad place in law, this I certainly understand but that includes all US District Judges. My job in this case is to rescue everyone, three hundred million Americans.

You young people are under the impression that I am in court to sue al of your clients, but that is not the case entirely, I am suing all of you because it is a Constitutional mandate, a Federal rule of law.

This case is so dangerous that Congress feared me so much that, rather than face me as Congressional law proscribed, they decided to commit an act of treason, rather than face me, and that is why all of you are in this court. This case has already been proven fifteen years ago. I halted this case from being filed once we discovered you all and your books had been censored. When this case breaks in the public, and I swear that it is, thousands of Americans are going to flood this court, because they don't yet know that it has happened, but once they do, they will be coming forward. I came to this court to prove my case one hundred percent not fifty one percent required to win, fifty one is not enough for me. I intend to make sure that this government never again has the gall to go behind the backs of the American people and take away a Constitutional Right that can save American lives! The quagmire rule was give to the American people to identify this situation that we find ourselves in, it is the only solution, but you must be able to recognize it. And the only way to have studied it, and we have! but not you! This is the largest act of treason, conspiracy, censorship, murder, and obstruction of justice case this nation will ever experience. All are guilty, including the Judge. When we go back to court ask the Judge for yourselves, your honor, What is this and why don't' we know about it?, then

watch his answer and body language. We are dealing in a new realm of Constitutional law that is so dangerous that we had to come up with a name for it, that name is Domestic Treason, definition; a) Treasonous acts by Congress where as Congress goes behind the backs of the American people to take away a Constitutional and Birth Right! can only happen in America. Now I want everybody to do one last test, I want all of you to answer one question "Why do Federal questions exist and what were the first two to occur?". remember this, since our law is based upon English law, it had to happen before, what happen! Now to address a statement directed toward the filing of this case. When we first filed the paperwork to stat this case we included all copies of proof for all defendants, but the US District Clerk Office said that we were supplying too much paperwork and then went into what we had supplied and only kept what they wanted and returned the rest. We have the rest of it, but being in court for over a year now, not one attorney has asked for copies of anything, and the Judge knows this. This case is like a black hole in space, everything that touches it gets pulled in and can not escape, not even the attorneys representing the defendants or even the Judge himself, it does not stop.

Sincerely,
Robert L. Buggs Sr.
Plaintiff and Remedy

Robert L. Buggs
3006 W. Madison Street
Bellwood, Illinois, 60104
Job Tel#: 847 928-9530
Cellular Tel# 708 253-2509
Date_____

ATTN:
(312) 904-6311
FAX# (312) 904-6311
Return FAX# 1-(708) 496-3576  Page 1 of 4
Robert L. Buggs
Alecia Allen

## Response ETAL
## Judicial Quagmire (FULL CIRCLE)
## Federal Questions

To ALL parties envolved in this part of my case I Robert L. Buggs SR, Am writing my last Respon dealing with this part of a Four part case. Everything that I have written in this case is the absolute Truth. I told all of you from the start, that this case was designed, it did NOT Appear out of thin Air. You were warned that this Section of the case was designed to trap + hold all of you in the position that you have occupied from the start, since we knew you were not able to do the legal Research required to show this case for what it is, because you have and Are being censured. I And my Friends have NOT And will NOT be. They Tried to but Failed to censure all OF us, because they started too late to censure my generation. My generation knows all about this Constitutional Right. We even know the history of the Judicial Quagmire, so why don't you? We know the Answer to that question! So here we are at a Pivotal Point in the Case. You All were Asked NOT to Trigger the Second Part of this case, which happens to be Part one, which is the start of the case, but if you Remember, I said that I wrote the case backwards, so that I can make this case do Anything That I want, based upon what you all do.

Now I have to say this again, this is MY case! there is nothing that I do knot know about this situation, excluding what Congress and the US Justa Dept have done to make sure this case would never com to Court, But Again they failed. This case was meant to happen, it is unstoppable, As am I. Furthurmore I would like to let you know, that NO US District Judge has the power to Dismiss this case, And if he tries I am going to Remind him of Constitutional law, As is correctly written. Now the Judge is in a Bad Place in law, this I certainly understand, but that encludes All US District Judges. My Job in this case is to Rescue everyone, three hundred million America

You young People are under the impression that I am in Court to Sue All of your clients, But that is not the case entirely, I am suing All of you becaus it is a constitutional mandate, A Federal Rule of la

This case is So Dangerous that Congress Feare me so much that, Rather than Face me As Congressi law Proscribed they decided to commit An Act of Treason, Rather than Face me. And that is why All you are in this Court. This case has Already been prou Fifteen years Ago. I halted this case from being Filed once we discovered you All and your Books had been censured. When this case breaks in the public, And I Swear that it is, thousands of Americans are goin to flood this Court, because they don't yet know th it has happened, But once they do they will be

coming Forward. I came to this court to prove my case one hundred percent not fifty one percent Required to win, Fifty one is not enough for me. I intend to make sure that this government never again has the gall to go behind the backs of the American people And take Away a Constitutional Right that can save American lives! the quagmire rule was given to the American people to Identify this situation that we find ourselves in, it is the only solution, but you must be Able to Recognize it. And the only way is too have studied it. And We have! But not you! This is the largest Act of treason, Conspiracy, censurship, murder, And obstruction of Justice case this nation will ever experience. All As Guilty, Including the Judge. When we go back to court Ask the Judge for your selves, your honour what is th And why don't we know about it. then watch his Answer and Body Language. We Are dealing in a new Realm of Constitutional Law that is so Dangerous that we had to come up with a Name for it. that Name is (Domestic Treason) Definition: (A ~~~~~ us Treason by Act by congress ~~~~ where As congress goe's behind the backs of the American People to take Away a Constitutional, And a Birth Right) Can only happen in America. Now I want everybody to do one last test. I want all of you to Answer one question? why do Federal Questions Exist And what were the First two too Accure. Remember this, since our Law is based upon English Law, it had to happen before,

What happened! Now to address a statement directed toward the filing of this case. When we first filed the paperwork to start this case we included all copies of proof for all defendants, But the U.S. District clerks office said that we were supplying too much paperwork and the went into wh we had supplied and only kept what they wanted and return the rest. We have the rest of it. But being in court for over a year now, not one attorney has asked for copies of anything, And the Judge knows this. This case is like a Black hole in space, everything that touches it gets pulled in and can not escape, not even the attorney's representing the defense or even the Judge him self, it does not stop.

Respectfully
Robert L. Buggs Sr.
Plaintiff and Remedy