**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT L. BUGGS, SR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06 C 1258 |
| | ) | |
| CHICAGO LIQUOR COMM'N, UNITED STATES ATTORNEY GENERAL, ILLINOIS DEP'T OF PUBLIC AID, ILLINOIS DEP'T OF CHILDREN AND FAMILY SERVICES, CHICAGO POLICE DEP'T, SOCIAL SECURITY ADMINISTRATION, COOK COUNTY GUARDIAN'S OFFICE, COOK COUNTY STATES' ATTORNEY OFFICE, UNITED STATES INTERNAL REVENUE SERVICE, C-TRUCK, STATE OF ILLINOIS ILLINOIS STATE LIQUOR COMM'N, MAYOR RICHARD M. DALEY, CITY OF CHICAGO ILLINOIS, CLERK OF THE CIRCUIT COURT OF COOK COUNTY ILLINOIS, SECRETARY OF STATE OF ILLINOIS, and CITY OF BELLWOOD, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge John W. Darrah |
| Defendants. | ) | |

**ILLINOIS DEPARTMENT OF HEALTHCARE AND FAMILY SERVICES'
REPLY IN SUPPORT OF ITS
<u>MOTION TO DISMISS PLAINTIFF'S "CLASS ACTION AMENDED COMPLAINT"</u>**

NOW COMES the Illinois Department of Healthcare and Family Services ("HFS"), by and through its attorney, LISA MADIGAN, Attorney General for the State of Illinois, and in reply to the Plaintiff's response to the defendants' motions to dismiss his "Class Action Amended Complaint," states as follows:

1. On December 18, 2007, the Plaintiff filed a response to the defendants' collective motions to dismiss. (Civil Docket, *Buggs v. Liquor Comm'n, et al.*, 06 cv 1258, at Doc. No. 136).

2. The Plaintiff's response fails to address HFS's Eleventh Amendment and Rule 8 arguments. In fact, the Plaintiff still does not even state what, if anything, HFS has done wrong

or what he wants from HFS. The Plaintiff's response merely continues to insist on the purported existence of a cause of action for "Judicial Quagmire." Clearly, the Plaintiff does not want to budge on his frivolous legal theory, which was previously rejected by the Court, so Defendant HFS joins in the United States' request to revoke the Plaintiff's *in forma pauperis* status.

3. Since the Plaintiff does not directly respond to any argument raised in HFS's motion to dismiss, no further reply is necessary.

WHEREFORE, Defendant HFS respectfully requests this honorable Court dismiss the Plaintiff's Class Action Amended Complaint with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure (1) for lack of jurisdiction over the subject matter and (2) for failure to state a claim upon which relief can be granted, and further request this Court grant Defendant HFS any additional relief the Court finds proper.

Respectfully submitted,

CHRISTOPHER S. GANGE
Assistant Attorney General
160 North LaSalle Street, Suite N-1000
Chicago, IL 60601
(312) 793-2380
On behalf of the Illinois Department
 of Healthcare and Family Services

LISA MADIGAN
Attorney General
State of Illinois

By: /s/ *Christopher S. Gange*
ASSISTANT ATTORNEY GENERAL

Dated: January 2, 2008

## CERTIFICATE OF SERVICE

      I, Christopher S. Gange, the attorney of record for Defendant Illinois Department of Healthcare and Family Services, hereby certify that, on January 2, 2008, true and correct copies of the foregoing ILLINOIS DEPARTMENT OF HEALTHCARE AND FAMILY SERVICES' REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S "CLASS ACTION AMENDED COMPLAINT" were served upon all counsel for parties of record who are E-Filers through the District Court's Electronic Case Filing system, and upon the *pro se* Plaintiff, a party who is not an E-Filer, by United States mail at the following address:

    Robert L. Buggs, Sr.
    1933 South 25th Ave.
    Maywood, Illinois 60153

by placing the same in the United States mail at 160 N. LaSalle Street, Chicago, Illinois 60601, before the hour of 4:30 P.M., first-class postage prepaid.

                                                */s/ Christopher S. Gange*
                                                Assistant ATTORNEY GENERAL

## SERVICE LIST

To the *pro se* Plaintiff at the following address by United States Mail at 160 N. La Salle Street, Chicago, Illinois, before the hour of 4:30 P.M., first-class postage prepaid:

Robert L. Buggs, Sr.
1933 S. 25th Ave.
Maywood, Illinois 60153

To the following attorneys of record through the Electronic Court Filing system of the United States District Court pursuant to Fed. R. Civ. P. 5, LR 5.5, and General Order 07-0023:

John A. Clark
john.clark@cityofchicago.org

Kathrine McNally Fitzmaurice
Kathrine.Fitzmaurice@Illinois.gov

Demetrios George Kottaras
dkottar@cookcountygov.com

Lawrence John Falli
lfalli@gmail.com,
mcapra@atg.state.il.us,
kdonoghue@atg.state.il.us

Lucy B. Bednarek
lbednarek@ancelglink.com
cdonovan@ancelglink.com

Perry M. Kendall, Jr.
pkendall@ancelglink.com
jcottle@ancelglink.com

Daniel M. Tardiff
Daniel.Tardiff@usdoj.gov

LeeAnn Richey
lrichey@atg.state.il.us

Tzivia Aviva Masliansky
tmasliansky@muchshelist.com,
xreyes@muchshelist.com

Laura A. LeeLun
llelun@muchshelist.com
xreyes@muchshelist.com

Alan Duarte
aduarte@ancelglink.com
smonroe@ancelglink.com

Darcy L. Proctor
dproctor@ancelglink.com
sstabrawa@ancelglink.com